## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Stefan Passantino**

              **Plaintiff**

Case No.: 1:23-cv-02780-TSC

*vs.*

**Andrew Weissmann**

              **Defendant**

### AFFIDAVIT OF SERVICE

I, Michael Marra, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above entitled case.

That on 12/07/2023 at 12:29 PM, I personally served Andrew Weissmann with the Summons, Civil Cover Sheet, and Complaint with Exhibits at 39 North Moore Street, Apartment 6B, New York, New York 10013.

Andrew Weissmann is described herein as:

Gender: Male   Race/Skin: White   Age: 62   Weight: 150   Height: 5'10"   Hair: Black/Gray   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_DECEMBER 13, 2023_
Executed On



Michael Marra

Client Ref Number: 00629
Job #: 1627810

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Stefan Passantino<br><br>*Plaintiff(s)*<br>v.<br>Andrew Weissmann<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-02780-TSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Weissmann
39 North Moore Street, Apt. 6B
New York, New York 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse R. Binnall
Binnal Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 09/25/2023    /s/ Charles Briggs
*Signature of Clerk or Deputy Clerk*