UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEFAN PASSANTINO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-2780 (TSC)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME
TO FILE ANSWER OR MOTION TO DISMISS**

Defendant Andrew Weissmann respectfully requests a 60-day extension of time within which to file his answer or motion to dismiss from the current deadline of December 28, 2023, up to and including February 26, 2024. This is Defendant's first motion for an extension of this deadline. Pursuant to Local Civil Rule 7(m), counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to this motion.

Plaintiff filed a Complaint in this matter on September 22, 2023. Dkt. 1. Defendant was served on December 7, 2023. Dkt. 3.

Defendant submits that a 60-day extension is warranted in light of undersigned counsel's other professional commitments, as well as the upcoming holidays and related travel. This extension will not unduly delay the litigation or prejudice either party. Counsel will exercise diligence in preparing an answer or motion to dismiss to be filed by the deadline, as extended.

1

Dated:  December 15, 2023	Respectfully submitted,

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6869
igershengorn@jenner.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I caused the foregoing motion and the accompanying proposed order to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which caused a copy of these documents to be delivered by electronic means to counsel of record.

Dated:  December 15, 2023

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6869
igershengorn@jenner.com

*Counsel for Defendant*