**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEFAN PASSANTINO, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-2780 (TSC) |
| ) | |
| ANDREW WEISSMANN, ) | |
| ) | |
| *Defendant*. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE ANSWER OR MOTION TO DISMISS**

Upon consideration of Defendant's Unopposed Motion for 60-Day Extension of Time to File Answer or Motion to Dismiss, it is hereby **ORDERED** that Defendant shall file his answer or motion to dismiss on or before February 26, 2024.

Dated: _____          _____
                                                                 Honorable Tanya S. Chutkan
                                                                 United States District Judge