IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO, *Plaintiff*, v. ANDREW WEISSMANN, *Defendant*. | Case No. 1:23-cv-02780 (LLA) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW J. THOMAS AS COUNSEL FOR DEFENDANT

Pursuant to Local Civil Rule 83.2(e), I respectfully move for the admission, *pro hac vice*, of Andrew J. Thomas as counsel for Defendant Andrew Weissmann. A declaration from Mr. Thomas is submitted in support of this motion. A proposed order is also attached for the Court's consideration.

Dated: February 22, 2024

Respectfully submitted,

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn (Bar No. 448475)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 639-6869
igershengorn@jenner.com

*Counsel for Defendant*