IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>ANDREW WEISSMANN,<br><br>　　　　　*Defendant*. | Case No. 1:23-cv-02780 (LLA) |

**DECLARATION OF ANDREW J. THOMAS**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Andrew J. Thomas, hereby declare as follows:

1.　　　My full name is Andrew Jackson Thomas.

2.　　　My California state bar membership number is 159533.

3.　　　My office address is Jenner & Block LLP, 2029 Century Park East, Suite 1450, Los Angeles CA 90067-2901.  My office telephone number is (213) 239-6900.  My office facsimile number is (213) 239-5199.

4.　　　I have been admitted to the following bar associations and courts:

| Bar/court where admitted | Admission date |
|---|---|
| California State Bar | 06/25/1992 |
| Supreme Court of California | 06/25/1992 |
| U.S. Supreme Court | 02/22/2005 |
| U.S.D.C. Central District of California | 01/21/1994 |
| U.S.D.C. Eastern District of California | 03/05/1997 |
| U.S.D.C. Northern District of California | 11/16/2001 |
| U.S.D.C. Southern District of California | 12/31/1992 |
| U.S.D.C. Eastern District of Michigan | 04/29/1993 |
| U.S. Court of Appeals, 2nd Circuit | 06/17/2008 |
| U.S. Court of Appeals, 3rd Circuit | 05/23/2017 |
| U.S. Court of Appeals, 6th Circuit | 07/21/2015 |
| U.S. Court of Appeals, 7th Circuit | 07/12/2013 |
| U.S. Court of Appeals, 9th Circuit | 06/01/1992 |

5. I have not been disciplined by any state or federal bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the previous two years.

7. I do not engage in the practice of law in the District of Columbia. I do not have a pending application for admission into the U.S.D.C. for the District of Columbia.

8. I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

9. Executed this 15th day of February, 2024, in Los Angeles, California.

Dated: February 15, 2024

Respectfully submitted,

Andrew J. Thomas
JENNER & BLOCK LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
(213) 239-6900
AJThomas@jenner.com

*Counsel for Defendant*