IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ANDREW WEISSMANN,<br><br>   *Defendant*. | Case No. 1:23-cv-02780 (LLA) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

  Upon consideration of the Motion for Admission *Pro Hac Vice* of Andrew J. Thomas as Counsel for Defendant, it is hereby **ORDERED** that the Motion is **GRANTED**.

Dated: _____       _____
                          Honorable Loren L. AliKhan
                           United States District Judge