IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>        *Plaintiff*,<br><br>        v.<br><br>ANDREW WEISSMANN,<br><br>        *Defendant*. | ORAL HEARING REQUESTED<br><br>Case No. 1:23-cv-02780 (LLA) |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Andrew Weissmann hereby moves to dismiss both counts of the Complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The reasons for this motion are set forth in the accompanying memorandum. A proposed order is also attached for the Court's consideration. Defendant respectfully requests an oral hearing on this motion pursuant to Local Civil Rule 7(f).

Dated: February 26, 2024

Respectfully submitted,

/s/ *Ian Heath Gershengorn*

| | |
|---|---|
| Andrew J. Thomas\*<br>JENNER & BLOCK LLP<br>2029 Century Park East<br>Suite 1450<br>Los Angeles, CA 90067<br>(213) 239-6900<br>ajthomas@jenner.com<br><br>\* admitted *pro hac vice* | Ian Heath Gershengorn<br>Leslie K. Bruce\*\*<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, D.C. 20001<br>(202) 639-6869<br>igershengorn@jenner.com<br><br>\*\* application for admission pending |

*Counsel for Defendant Andrew Weissmann*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2024, I caused the foregoing motion, as well as the accompanying memorandum, declaration, exhibit, and proposed order, to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which caused copies of these documents to be delivered by electronic means to counsel of record.

Dated:  February 26, 2024                                       /s/ *Ian Heath Gershengorn*
                                                                                      Ian Heath Gershengorn