**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEFAN PASSANTINO,

      *Plaintiff,*

    *v.*

ANDREW WEISSMANN,

      *Defendant.*

Case No. 1:23-cv-02780 (LLA)

## DECLARATION OF IAN HEATH GERSHENGORN
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Ian Heath Gershengorn, hereby declare as follows:

1. I am over the age of 18 and competent to sign this declaration, which is based on my personal knowledge.

2. I am a partner at Jenner & Block LLP representing Defendant Andrew Weissmann in this case.

3. Defendant offers the following exhibit in connection with his Motion to Dismiss Plaintiff's Complaint.

4. Exhibit 1 is a true and correct copy of the transcript of Cassidy Hutchinson's September 14, 2022 interview with the House Select Committee to Investigate the January 6th Attack on the United States Capitol, as it appears on the United States Government Publishing Office's GovInfo website at https://www.govinfo.gov/content/pkg/GPO-J6-TRANSCRIPT-CTRL0000928888/pdf/GPO-J6-TRANSCRIPT-CTRL0000928888.pdf.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

6. Executed this 25th day of February, 2024, in Bethesda, Maryland.

1

Respectfully submitted,

Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 639-6869
igershengorn@jenner.com

*Counsel for Defendant*