IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>*Defendant*. | Case No. 1:23-cv-02780 (LLA) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

Dated: _____   _____
                                                                                  Honorable Loren L. AliKhan
                                                                                  United States District Judge