## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>*Defendant*. | Case No. 1:23-cv-02780 (LLA) |

### NOTICE OF WITHDRAWAL OF LESLIE K. BRUCE
### AS COUNSEL FOR DEFENDANT

Pursuant to LCvR 83.6(b), Defendant Andrew Weissmann hereby submits this Notice of Withdrawal of Leslie K. Bruce as counsel for Defendant in the above-captioned case. Ms. Bruce will be leaving the employ of Jenner & Block LLP on August 2, 2024 to take another position. Defendant will continue to be represented by Ian Heath Gershengorn, Andrew J. Thomas, and Emanuel Powell III of Jenner & Block LLP.

Dated:  August 1, 2024

Respectfully submitted,

/s/ *Leslie K. Bruce*
Leslie K. Bruce (DC Bar No. 90008047)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6891
lbruce@jenner.com