IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>   *Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>   *Defendant*. | Case No. 1:23-cv-02780 (LLA) |

**DEFENDANT'S UNOPPOSED MOTION FOR
30-DAY EXTENSION OF TIME TO FILE ANSWER**

  Defendant Andrew Weissmann respectfully requests a 30-day extension of time within which to file his answer from the current deadline of October 15, 2024, up to and including November 14, 2024. Pursuant to Local Civil Rule 7(m), counsel for Mr. Weissmann has conferred with counsel for Plaintiff Stefan Passantino, and Mr. Passantino does not oppose this motion. This request is based on the following facts:

1. Mr. Passantino filed a Complaint in this matter on September 22, 2023. ECF No. 1.

2. Mr. Weissmann was served on December 7, 2023. ECF No. 3.

3. By minute order on December 20, 2023, the Court granted Mr. Weissmann's unopposed motion seeking a 60-day extension of time to file an answer or motion to dismiss, ECF No. 5, and in accordance with the Court's order, Mr. Weissmann filed a timely motion to dismiss on February 26, 2024, ECF No. 7.

4. On September 30, 2024, the Court issued an order granting in part and denying in part Mr. Weissmann's motion to dismiss. ECF No. 17. The Court dismissed Count 2 of Mr. Passantino's complaint but denied Mr. Weissmann's motion as to Count 1. The Court ordered Mr. Weissmann to file an answer to Count 1 on or before October 15, 2024.

5. Mr. Weissmann submits that a 30-day extension is warranted in light of undersigned counsel's other professional commitments, including two upcoming oral arguments in other matters scheduled for October 9, 2024, and October 15, 2024, as well as observance of upcoming Jewish holidays and related travel.

6. This extension will not unduly delay the litigation or prejudice either party. Counsel will exercise diligence in preparing an answer to be filed by the deadline, as extended.

7. Mr. Weissmann's counsel has conferred with counsel for Mr. Passantino, and Mr. Passantino does not oppose this motion.

Mr. Weissmann respectfully requests that the Court extend the deadline to file his answer by 30 days. The new filing deadline for Mr. Weissmann to file his answer would be Thursday, November 14, 2024.

Dated: October 1, 2024                                    Respectfully submitted,

                                                          /s/ *Ian Heath Gershengorn*
Andrew J. Thomas*                                         Ian Heath Gershengorn
JENNER & BLOCK LLP                                        Emanuel Powell III
2029 Century Park East                                    JENNER & BLOCK LLP
Suite 1450                                                1099 New York Avenue, NW
Los Angeles, CA 90067                                     Suite 900
(213) 239-6900                                            Washington, D.C. 20001
ajthomas@jenner.com                                       (202) 639-6869
                                                          igershengorn@jenner.com

* admitted *pro hac vice*

*Counsel for Defendant Andrew Weissmann*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which caused a copy of this document to be delivered by electronic means to counsel of record.

Dated: October 1, 2024                                    /s/ *Ian Heath Gershengorn*
                                                                                     Ian Heath Gershengorn