IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW WEISSMANN,<br><br>   Defendant. | No. 1:23-cv-2780-LLA-MJS |

## JOINT CASE STATUS REPORT

Pursuant to the Court's January 29, 2025 Minute Order, Plaintiff Stefan Passantino, and Defendant Andrew Weissmann (collectively, the "Parties") submit this Joint Case Status Report regarding the status of settlement discussions.

The Parties have met and conferred regarding settlement discussions and agreed to exchange one round of written discovery prior to a mediation scheduled for May 13, 2025. This mediation will be before Magistrate Judge Matthew J. Sharbaugh.

The Parties have exchanged discovery requests and are working on an agreed protective order. The Parties intend to provide substantive responses once the protective order is agreed upon and entered. The Parties anticipate that the mediation on May 13, 2025, will go forward.

Dated: April 29, 2025          Respectfully submitted,

*/s/ Jesse R. Binnall*           */s/ Andrew J. Thomas*
Jesse R. Binnall, Bar ID VA022      Andrew J. Thomas*

Jason C. Greaves, D.C. Bar No. 1033617
Shawn Flynn, Bar ID MI0101
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com
shawn@binnall.com

*Counsel for Plaintiff Stefan Passantino*

JENNER & BLOCK LLP
2029 Century Park East
Suite 1450
Los Angeles, California 90067
(213) 239-6900
ajthomas@jenner.com

Ian Heath Gershengorn, D.C. Bar No. 448475
Emanuel Powell III, D.C. Bar No. 90023481
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 639-6869
igershengorn@jenner.com
epowell@jenner.com


*Counsel for Defendant Andrew Weissmann*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 29, 2025    By:    /s/ *Jesse R. Binnall*
                                Jesse R. Binnall