IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO, *Plaintiff*, v. ANDREW WEISSMANN, *Defendant.* | Case No. 1:23-cv-2780-LLA-MJS |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Stefan Passantino and Defendant Andrew Weissmann (collectively, the "Parties") respectfully move for entry of the Protective Order attached hereto as Exhibit 1.

Pursuant to Federal Rule of Civil Procedure 26(c), the Parties would like to designate as confidential certain information that they may produce during discovery. The Parties have conferred and agreed upon the terms of the attached Protective Order. For the foregoing reasons, the Parties respectfully request that the Court grant this joint motion and enter the Protective Order submitted herewith.

Dated: July 11, 2025

Respectfully submitted,

/s/ Jesse R. Binnall

/s/ Andrew J. Thomas

| | |
|---|---|
| Jesse R. Binnall, Bar ID VA022<br>Jason C. Greaves, D.C. Bar No. 1033617<br>Shawn Flynn, Bar ID MI0101<br>BINNALL LAW GROUP, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>Phone: (703) 888-1943<br>Fax: (703) 888-1930<br>jesse@binnall.com<br>jason@binnall.com<br>shawn@binnall.com<br><br>*Counsel for Plaintiff Stefan Passantino* | Andrew J. Thomas*<br>JENNER & BLOCK LLP<br>2029 Century Park East<br>Suite 1450<br>Los Angeles, CA 90067<br>(213) 239-6900<br>ajthomas@jenner.com<br><br>Ian Heath Gershengorn (D.C. Bar No. 448475)<br>Emanuel Powell III (D.C. Bar No. 90023481)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, D.C. 20001<br>(202) 639-6869<br>igershengorn@jenner.com<br>epowell@jenner.com<br><br>*Counsel for Defendant Andrew Weissmann*<br><br>* admitted pro hac vice |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, I caused the foregoing memorandum to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which caused a copy of this document to be delivered by electronic means to counsel of record.

Dated: July 11, 2025                                    /s/ *Andrew J. Thomas*
                                                                          Andrew J. Thomas