IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW WEISSMANN,<br><br>    Defendant. | No. 1:23-cv-2780-LLA-MJS |

## JOINT CASE STATUS REPORT

Pursuant to the Court's January 29, 2025 Minute Order, Plaintiff, Stefan Passantino, and Defendant, Andrew Weissmann (collectively, the "Parties") submit this Joint Case Status Report regarding the status of settlement discussions.

The Parties attended mediation on May 13, 2025, however, were unable to settle this matter. There have been no further settlement communications and the Parties continue to proceed with discovery.

Dated: July 28, 2025

Respectfully submitted,

*/s/*  Jesse R. Binnall
Jesse R. Binnall, Bar ID VA022
Jason C. Greaves, D.C. Bar No. 1033617
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com

*/s/* Andrew J. Thomas
Andrew J. Thomas*
JENNER & BLOCK LLP
2029 Century Park East
Suite 1450
Los Angeles, California 90067
(213) 239-6900
ajthomas@jenner.com

*Counsel for Plaintiff Stefan Passantino*

Ian Heath Gershengorn, D.C. Bar No. 448475
Emanuel Powell III, D.C. Bar No. 90023481
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 639-6869
igershengorn@jenner.com
epowell@jenner.com

*Counsel for Defendant Andrew Weissmann*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on July 28, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   Jesse R. Binnall
Jesse R. Binnall, Bar ID VA022

*Counsel for Plaintiff
Stefan Passantino*