IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>    Defendant. | No. 1:23-cv-2780-LLA-MJS |

### JOINT CASE STATUS REPORT

Pursuant to the Court's January 29, 2025, Minute Order, Plaintiff, Stefan Passantino, and Defendant, Andrew Weissmann (collectively, the "Parties") submit this Joint Case Status Report, and report as follows:

The Parties attended mediation on May 13, 2025, however, were unable to settle this matter. There have been no further settlement communications and the Parties continue to proceed with discovery.

Plaintiff's Position

Plaintiff has been attempting to receive certain financial records and information from Defendant that are relevant to Plaintiff's case. On July 29, 2025, Plaintiff sent a deficiency letter to Defendant outlining his entitlement to these documents and information, among other issues. After a meet and confer, Defendant provided supplemental responses on September 15, 2025. Defendant did not provide any financial records or supplement with any financial information. On October 20, 2025, Plaintiff again requested these documents and information, along with a

request for Defendant's deposition availability. These issues remain unresolved, and Plaintiff anticipates bringing this issue to the Court's attention.

Additionally, Plaintiff has attempted multiple times to serve non-party Cassidy Hutchinson with a subpoena for documents and deposition. It is apparent that Ms. Hutchinson is avoiding service, and Plaintiff will continue to work through all options.

Defendant's Position

Defendant has not yet completed third-party discovery or taken the deposition of Plaintiff. In view of the incomplete nature of both sides' discovery, Defendant has raised with Plaintiff the possibility of an agreement to extend the fact discovery schedule by approximately two months, without affecting the summary judgment schedule set by the Court. The parties are discussing the issue.

Regarding Plaintiff's demands for personal financial information from Defendant, Defendant maintains that the most equitable and efficient way forward would be to bifurcate that discovery until after Plaintiff has established liability for defamation and satisfied the actual malice standard that would apply to any claim for punitive damages, if Plaintiff can do so. Defendant has asked Plaintiff to stipulate to bifurcate this discovery, and Plaintiff has not agreed. Defendant intends to raise this request as part of any discovery motion practice that Plaintiff may initiate on this issue.

| | |
|---|---|
| Dated: October 27, 2025 | Respectfully submitted, |
| | |
| /s/ Jared J. Roberts | /s/ Andrew J. Thomas |
| Jared J. Roberts, Bar ID FL00153 | Andrew J. Thomas* |
| Jesse R. Binnall, Bar ID VA022 | JENNER & BLOCK LLP |
| Jason C. Greaves, D.C. Bar No. 1033617 | 2029 Century Park East |
| BINNALL LAW GROUP, PLLC | Suite 1450 |
| 717 King Street, Suite 200 | Los Angeles, California 90067 |
| Alexandria, Virginia 22314 | (213) 239-6900 |
| Phone: (703) 888-1943 | ajthomas@jenner.com |
| Fax: (703) 888-1930 | |
| jared@binnall.com | |
| jesse@binnall.com | |
| jason@binnall.com | |
| | |
| *Counsel for Plaintiff Stefan Passantino* | |
| | Ian Heath Gershengorn, D.C. Bar No. 448475 |
| | Emanuel Powell III, D.C. Bar No. 90023481 |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, NW |
| | Suite 900 |
| | Washington, D.C. 20001 |
| | (202) 639-6869 |
| | igershengorn@jenner.com |
| | epowell@jenner.com |
| | |
| | *Counsel for Defendant Andrew Weissmann* |
| | |
| | * admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Jared J. Roberts*
Jared J. Roberts, Bar ID FL00153

*Counsel for Plaintiff*
*Stefan Passantino*