IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WEISSMANN,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-2780-LLA |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Stefan Passantino and Defendant Andrew Weissmann (collectively, the "Parties") submit this joint motion to extend the current Scheduling Order, ECF No. 22. In support of their motion, the Parties state:

1.　Plaintiff filed this lawsuit on September 22, 2023, alleging defamation and injurious falsehood claims stemming from a September 2023 social media post made by Defendant. ECF No. 1. On February 26, 2024, Defendant moved to dismiss the case for failure to state a claim. ECF No. 7. On September 30, 2024, this Court granted Defendant's motion in part and denied Defendant's motion in part, dismissing Plaintiff's injurious falsehood claim while allowing Plaintiff's defamation claim to proceed. ECF No. 17.

2.　On January 29, 2025, this Court issued the Scheduling Order, which set the following case deadlines:

| Start of Fact Discovery | January 29, 2025 |
|---|---|
| Rule 26 Initial Disclosures | February 7, 2025 |
| Joinder of Additional Parties & Amendment of Pleadings | March 28, 2025 |
| Close of Fact Discovery | November 21, 2025 |
| Plaintiff's Expert Witness Designations & Disclosures | December 5, 2025 |
| Defendant's Rebuttal Expert Witness Designations & Disclosures | January 16, 2026 |
| Close of Expert Discovery | February 13, 2026 |
| Dispositive Motion Deadline | March 2, 2026 |
| Opposition Deadline | March 16, 2026 |
| Reply Deadline | March 30, 2026 |

3. Also on January 29, 2025, the Court directed the parties by minute order to hold a mediation or settlement conference. The matter was assigned to U.S. Magistrate Judge Matthew J. Sharbaugh, who presided over the mediation on May 13, 2025. The Parties did not reach a resolution.

4. To date, the Parties have circulated and responded to written discovery requests. Each side served interrogatories and requests for production of documents. Plaintiff provided initial responses to this written discovery on April 28, 2025, and provided supplemental interrogatory responses on July 18, 2025. Plaintiff made two document productions, on August 1 and August 6, 2025. Defendant served initial responses to interrogatories and requests for production on May 5, 2025, and provided supplemental responses to the interrogatories and request for production on September 15, 2025.

5. In addition, Defendant initiated a motion to compel discovery in June 2025, which resulted in a videoconference hearing with the Court on July 8, 2025, directing the entry of a protective order without an "attorneys' eyes only"

2

provision. A stipulated protective order subsequently was entered by the Court on July 14, 2025, ECF No. 28.

6. The Parties are currently in the process of serving third party subpoenas seeking documents and testimony. Each side also has disclosed an interest in deposing multiple fact witnesses, including depositions of the Parties and third parties.

7. Due to challenges with serving potential witnesses, ongoing negotiations of discovery disputes between the parties, and delays outside of the undersigned counsels' control, the Parties seek an extension of the case deadlines set in the Scheduling Order to allow for complete discovery. The Parties propose the following amended case deadlines:

|  | Original Deadline | New Deadline |
|---|---|---|
| Start of Fact Discovery | January 29, 2025 | N/A |
| Rule 26 Initial Disclosures | February 7, 2025 | N/A |
| Joinder of Additional Parties & Amendment of Pleadings | March 28, 2025 | N/A |
| Close of Fact Discovery | November 21, 2025 | February 13, 2026 |
| Plaintiff's Expert Witness Designations & Disclosures | December 5, 2025 | February 27, 2026 |
| Defendant's Rebuttal Expert Witness Designations & Disclosures | January 16, 2026 | March 27, 2026 |
| Close of Expert Discovery | February 13, 2026 | April 17, 2026 |
| Dispositive Motion Deadline | March 2, 2026 | May 4, 2026 |
| Opposition Deadline | March 16, 2026 | May 18, 2026 |
| Reply Deadline | March 30, 2026 | June 1, 2026 |

8. The requested amendment to the Scheduling Order will not unduly delay the litigation or prejudice either party. Counsel will exercise diligence in finalizing discovery and preparing dispositive motions in accordance with the proposed amended schedule.

Dated: November 4, 2025 　　　　　　　　　　　Respectfully submitted,

/s/ Jesse R. Binnall　　　　　　　　　　　　　　/s/ Andrew J. Thomas

Jesse R. Binnall, Bar ID VA022
Jason C. Greaves, D.C. Bar No. 1033617
Jared J. Roberts, Bar ID FL00153
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com

Counsel for Plaintiff Stefan Passantino

Andrew J. Thomas*
JENNER & BLOCK LLP
2029 Century Park East
Suite 1450
Los Angeles, CA 90067
(213) 239-6900
ajthomas@jenner.com

Ian Heath Gershengorn (D.C. Bar No. 448475)
Emanuel Powell III (D.C. Bar No. 90023481)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 639-6869
igershengorn@jenner.com
epowell@jenner.com

Counsel for Defendant Andrew Weissmann

* admitted pro hac vice

## CERTIFICATE OF SERVICE

    I certify that on November 4, 2025, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

                                        */s/Andrew J. Thomas*
                                        Andrew J. Thomas