# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>        *Plaintiff*,<br><br>    *v.*<br><br>ANDREW WEISSMANN,<br><br>        *Defendant*. | Case No. 1:23-cv-02780 (LLA) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6(b), please enter the appearance of Meryl Governski, Linda E. Halfacre and DUNN ISAACSON RHEE; Faith E. Gay, Rachel Slepoi, and SELENDY GAY PLLC; and Jonathan I. Kravis and MUNGER, TOLLES & OLSON LLP as counsel for Defendant Andrew Weissmann.

In addition, please withdraw the appearances of Ian Heath Gershengorn, Andrew J. Thomas, Emanuel Powell, III, and Jenner & Block LLP as counsel for Defendant Andrew Weissmann.

Dated:  December 5, 2025

Respectfully submitted,

/s/ *Meryl C. Governski*
Meryl C. Governski, D.C. Bar No. 1023549
DUNN ISAACSON RHEE LLP
401 9th Street NW
Washington, DC 20004
Phone: (202) 240-2927
mgovernski@dirllp.com

*Counsel for Defendant Andrew Weissmann*

1

## SUBSTITUTION BASED ON CONSENT

The undersigned party to the above-captioned matter consents to the substitution of counsel.

Dated: December 5, 2025          Respectfully submitted,

                                *Andrew Weissmann*
                                Andrew Weissmann

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which caused a copy of this document to be delivered by electronic means to counsel of record:

                             Jason Caldwell Greaves
                             Jared Joseph Roberts
                             Jesse R. Binnall
                             BINNALL LAW GROUP
                             717 King Street, Suite 200
                             Alexandria, VA 22314
                             703-888-1943
                             Fax: 703-888-1930
                             jason@binnall.com
                             jared@binnall.com
                             jesse@binnall.com

Dated: December 5, 2025          /s/ *Meryl C. Governski*
                                                Meryl C. Governski