UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>   *Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>   *Defendant.* | Case No.: 1:23-cv-02780-LLA |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

As indicated in Defendant's motion, Plaintiff was unable to confirm his position to Defendant's motion because of travel during the time in which Defendant required a response. Plaintiff now confirms that he has no opposition to Defendant's motion.

WHEREFORE, the Court should consider Defendant's motion to be unopposed.

Dated: December 11, 2025

Respectfully submitted,

/s/ *Jared J. Roberts*
Jesse R. Binnall, Bar ID VA022
Jason C. Greaves, D.C. Bar No. 1033617
Jared J. Roberts, Bar ID FL00153
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
       jason@binnall.com
       jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jared J. Roberts*
Jared J. Roberts

*Counsel for Plaintiff*
