UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>　　*Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>　　*Defendant*. | Case No.: 1:23-cv-2780-LLA |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff Stefan Passantino hereby moves to compel discovery responses and document productions from Defendant pertaining to Plaintiff's Interrogatory No. 15 and Requests for Production Nos. 13 and 14. The reasons for this motion are set forth in the accompanying memorandum. A proposed order is also attached for the Court's consideration.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, D.C. Bar No. 1033617
Jesse R. Binnall, Bar ID VA022
Jared J. Roberts, Bar ID FL00153
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
　　　　jesse@binnall.com
　　　　jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves

*Counsel for Plaintiff*
