UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>   *Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>   *Defendant*. | Case No.: 1:23-cv-2780-LLA |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Stefan Passantino's motion to compel, it is hereby ORDERED that Plaintiff's motion is GRANTED.

Defendant Andrew Weissmann's objections to Plaintiff's Interrogatory No. 15 and Requests for Production Nos. 13 and 14 are overruled. Within 14 days of this Order, Defendant shall provide a complete response to Plaintiff's Interrogatory No. 15 and provide responsive documents to Plaintiff's Requests for Production Nos. 13 and 14.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                              The Honorable Loren L. AliKhan
                                                             District Judge for the District of Columbia