UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEFAN PASSANTINO,

   *Plaintiff*,

v.

ANDREW WEISSMANN,

   *Defendant*.

Case No.: 1:23-cv-2780-LLA

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF PENDING MOTION TO COMPEL

Plaintiff, Stefan Passantino, hereby respectfully gives notice that he withdraws his pending Motion to Compel, filed on January 9, 2026. ECF No. 46. This withdrawal is made without prejudice, in order to comply with Section IV of this Court's Scheduling Order. ECF No. 33. Defendant consents to this withdrawal, and the Parties anticipate filing their Joint Motion Requesting Videoconference next week.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, D.C. Bar No. 1033617
Jesse R. Binnall, Bar ID VA022
Jared J. Roberts, Bar ID FL00153
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
       jesse@binnall.com
       jared@binnall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Jason C. Greaves*
Jason C. Greaves

*Counsel for Plaintiff*