EXHIBIT
A



Jason Greaves <jason@binnall.com>

## Passantino v. Weissmann

**Meryl Governski** <mgovernski@dirllp.com> Fri, Jan 23, 2026 at 5:25 PM
To: Jason Greaves <jason@binnall.com>
Cc: Jared Roberts <jared@binnall.com>, Elizabeth Adler <eadler@dirllp.com>, "jesse@binnall.com" <jesse@binnall.com>, Shawnay <shawnay@binnall.com>, "Jonathan.Kravis" <Jonathan.Kravis@mto.com>, fgay <fgay@selendygay.com>, cstoughton <cstoughton@selendygay.com>, Rachel Slepoi <rslepoi@selendygay.com>, Ellie Halfacre <ehalfacre@dirllp.com>

There is nothing urgent about your request for a video conference or your arbitrary demand on a Friday evening to file imminently even without our client's authorization. If you choose to file the letter, you do not have our permission to represent it as joint or affix our signature. Please do attach this email to whatever you may file. We reserve all rights.

**Meryl Conant Governski | Partner**
**Dunn Isaacson Rhee LLP**
mgovernski@dirllp.com
(202) 240-2927 (direct) | (301) 502-5638 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments

---

**From:** Jason Greaves <jason@binnall.com>
**Sent:** Friday, January 23, 2026 4:58:57 PM
**To:** Meryl Governski <mgovernski@dirllp.com>
**Cc:** Jared Roberts <jared@binnall.com>; Elizabeth Adler <eadler@dirllp.com>; jesse@binnall.com <jesse@binnall.com>; Shawnay <shawnay@binnall.com>; Jonathan.Kravis <Jonathan.Kravis@mto.com>; fgay <fgay@selendygay.com>; cstoughton <cstoughton@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Ellie Halfacre <ehalfacre@dirllp.com>
**Subject:** Re: Passantino v. Weissmann

This is not complicated. It is a "joint" statement where we put our client's position in and you put yours. You drafted your client's position statement, and we should be able to rely on the fact that you have authority for that language. We intend to file today, and if you have not provided your agreement we will note that and attach this correspondence as an explanation.

On Fri, Jan 23, 2026 at 4:06 PM Meryl Governski <mgovernski@dirllp.com> wrote:

> We cannot authorize your filing a joint statement until we have final authorization from our client, which we are hoping will but may not occur today. We will authorize filing as soon as we are authorized to do so.
>
> **Meryl Conant Governski | Partner**
> **Dunn Isaacson Rhee LLP**
> mgovernski@dirllp.com
> (202) 240-2927 (direct) | (301) 502-5638 (cell)
> 401 9th Street NW, Washington, DC 20004
> Website | LinkedIn
>
> This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If

you are not the intended recipient, please contact the sender and delete all copies including any attachments

---

**From:** Jared Roberts <jared@binnall.com>
**Sent:** Friday, January 23, 2026 3:53:57 PM
**To:** Elizabeth Adler <eadler@dirllp.com>
**Cc:** Jason Greaves <jason@binnall.com>; jesse@binnall.com <jesse@binnall.com>; Shawnay <shawnay@binnall.com>; Meryl Governski <mgovernski@dirllp.com>; Jonathan.Kravis <Jonathan.Kravis@mto.com>; fgay <fgay@selendygay.com>; cstoughton <cstoughton@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Ellie Halfacre <ehalfacre@dirllp.com>
**Subject:** Re: Passantino v. Weissmann

We anticipate filing today, so please let me know.

**Jared J. Roberts**
**Senior Associate** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(585) 297-0202 (direct)
(703) 888-1943 (office)
jared@binnall.com






This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.

On Fri, Jan 23, 2026 at 2:35 PM Jared Roberts <jared@binnall.com> wrote:

> Elizabeth,
>
> Please let me know if I have permission to file. Also, please let me know who will be signing on your end, or attach a signature.
>
> On Fri, Jan 23, 2026 at 1:38 PM Elizabeth Adler <eadler@dirllp.com> wrote:
>
>> Jason,
>>
>> In the spirit of good faith and conciliation, we have updated the attached version that takes out the parts of the background section about which we think you are complaining.
>>
>> Regarding dates, Mr. Weissmann's lead counsel has long-planned travel and work-related obligations in the next two weeks, and another counsel is in trial. Given that Plaintiff has been sitting on this issue for months and the week of February 9th is just a few weeks away, we think it is appropriate to offer the Court a few options in that window. We are available 1pm-3pm on the 2/9, 1pm-3pm on 2/10, or 10am-noon on 2/12.
>>
>> As to Mr. Weissmann's deposition, we maintain it is unnecessary to schedule a deposition while the MJOP and other discovery disputes are pending. We will not make him available until after the pending issues are resolved. You are free to seek relief from the Court on the issue.
>>
>> Best,
>>
>> Elizabeth

**Elizabeth Adler** | **Associate**
**Dunn Isaacson Rhee LLP**
eadler@dirllp com
+1 202-240-2932 (direct)
+1 856-938-4377 (cell)
401 9th Street NW
Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Jason Greaves <jason@binnall.com>
**Sent:** Wednesday, January 21, 2026 4:28 PM
**To:** Elizabeth Adler <eadler@dirllp.com>
**Cc:** Jared Roberts <jared@binnall.com>; jesse@binnall.com <jesse@binnall.com>; Shawnay <shawnay@binnall.com>; Meryl Governski <mgovernski@dirllp.com>; Jonathan.Kravis <Jonathan.Kravis@mto.com>; fgay <fgay@selendygay.com>; cstoughton <cstoughton@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Ellie Halfacre <ehalfacre@dirllp.com>
**Subject:** Re: Passantino v. Weissmann

Thank you, Elizabeth. Your edits editorializing the "Issue in Dispute" section are unacceptable. You are free to argue in the Defendant's Position section that Plaintiff did not raise this matter for months, however, doing so in the neutral, background section is inappropriate.

Regarding dates, we find it incredible that, of the five lawyers who entered an appearance in this matter, none are available for a video conference until the second week of February. If that is the position defense counsel is taking, we will ask the court to provide a date.

Regarding Defendant's deposition, at this point our discovery requests to him have been outstanding for several months. We expect that he will produce responsive documents well in advance of his deposition, and if he does not, then we will seek appropriate relief. With that being said, please provide Defendant's availability in late February or we will unilaterally notice his deposition.

Best regards,

**Jason Greaves**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-0003 (direct)
(703) 888-1943 (office)
jason@binnall.com




This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.

On Wed, Jan 21, 2026 at 4:09 PM Elizabeth Adler <eadler@dirllp.com> wrote:

Counsel,

See attached for Defendant's position statement and edits to the statement of the issue, along with our accompanying exhibits. Please provide potential dates in mid-February, as we suggested in our last email, for options for the videoconference.

Best,
Elizabeth

**Elizabeth Adler | Associate**
**Dunn Isaacson Rhee LLP**
eadler@dirllp.com
+1 202-240-2932 (direct)
+1 856-938-4377 (cell)
401 9th Street NW
Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Elizabeth Adler <eadler@dirllp.com>
**Sent:** Thursday, January 15, 2026 4:34 PM
**To:** Jared Roberts <jared@binnall.com>; jason@binnall.com <jason@binnall.com>; jesse@binnall.com <jesse@binnall.com>; Shawnay <shawnay@binnall.com>
**Cc:** Meryl Governski <mgovernski@dirllp.com>; Jonathan.Kravis <Jonathan.Kravis@mto.com>; fgay <fgay@selendygay.com>; cstoughton <cstoughton@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Ellie Halfacre <ehalfacre@dirllp.com>
**Subject:** Re: Passantino v. Weissmann

Counsel,

We are in receipt of your email. We do not oppose your intent to withdraw the motion to compel without prejudice. We will take a look at the draft joint statement you attached and reply with our position early next week.

Regarding dates for the videoconference, due to pre-existing travel commitments, we are unavailable the last week of January or the first week of February. We have availability the second week of February (February 9-13) if you want to provide some dates and times. Alternatively, we think the Court might appreciate the opportunity to consolidate this discussion with the MJOP if she wants argument on it, so we suggest proposing dates in late February (after the briefing on the MJOP is complete). If you are amenable to that alternative, we propose February 19-20 or the next week.

With regard to Mr. Weissmann's deposition, he will not sit for multiple depositions, so it does not make sense to schedule his only deposition while discovery is ongoing without an end date yet set and while your motion to compel is pending. Further, the Court *sua sponte* declined to set a discovery schedule until after the MJOP is resolved "if necessary." Accordingly, we think it makes sense to schedule Mr. Weissmann's deposition after the ruling on the MJOP "if necessary".

Best,
Elizabeth

**Elizabeth Adler | Associate**
**Dunn Isaacson Rhee LLP**
eadler@dirllp.com
+1 202-240-2932 (direct)
+1 856-938-4377 (cell)

401 9th Street NW
Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Jared Roberts <jared@binnall.com>
**Sent:** Wednesday, January 14, 2026 2:16 PM
**To:** Jonathan.Kravis <Jonathan.Kravis@mto.com>; fgay <fgay@selendygay.com>; cstoughton <cstoughton@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Ellie Halfacre <ehalfacre@dirllp.com>; Meryl Governski <mgovernski@dirllp.com>; Elizabeth Adler <eadler@dirllp.com>
**Cc:** Jason Greaves <jason@binnall.com>; Jesse Binnall <jesse@binnall.com>; Shawnay <shawnay@binnall.com>
**Subject:** Passantino v. Weissmann

Counsel,

I hope your new year is going well.

Pursuant to the scheduling order, which requires a joint request for a videoconference, we anticipate withdrawing our motion to compel without prejudice, and submitting the attached joint request.

Could you please provide Defendant's position, as well as dates and times of availability the last week of January. It appears Judge AliKhan has the following conflicts that week:
01/27/2026 11:00AM
01/28/2026 02:00PM
01/29/2026 11:00AM

Please also let us know when Mr. Weissmann is available for deposition in late February.

All the best,

--
**Jared J. Roberts**
**Senior Associate** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(585) 297-0202 (direct)
(703) 888-1943 (office)
jared@binnall.com





This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.

--
**Jared J. Roberts**
**Senior Associate** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314

(585) 297-0202 (direct)
(703) 888-1943 (office)
jared@binnall.com






This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.