IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEFAN PASSANTINO,

    *Plaintiff*,

v.

ANDREW WEISSMANN,

    *Defendant*.

Case No. 1:23–cv–2780–LLA

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR VIDEOCONFERENCE

Subject to authorization received from Defendant shortly after Plaintiff's counsel filed their Motion for Videoconference, Defendant's counsel is writing to inform the court that the Motion represents Defendant's position on Plaintiff's request. *See* ECF No. 48 at 5–9.

Dated: January 24, 2026

Respectfully submitted,

*/s/Meryl C. Governski*
Meryl C. Governski
Linda E. Halfacre (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 9th Street NW
Washington, DC 20004
Phone: (202) 240–2927
mgovernski@dirllp.com
ehalfacre@dirllp.com

Jonathan I. Kravis
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001–5369
Phone: 202–220–1130
jonathan.kravis@mto.com

Faith E. Gay
Rachel Slepoi (*pro hac vice*)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 390–9001
fgay@selendygay.com
rslepoi@selendygay.com

*Counsel for Defendant Andrew Weissmann*