UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEFAN PASSANTINO,

   *Plaintiff*,

v.

ANDREW WEISSMANN,

   *Defendant.*

Case No.: 1:23-cv-2780-LLA

## DECLARATION OF JASON C. GREAVES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

I, Jason C. Greaves, hereby declare as follows:

1. I am over the age of 18 and am competent to sign this declaration, which is based on my personal knowledge.

2. I am a partner at the Binnall Law Group, representing Stefan Passantino in this case.

3. Mr. Passantino offers the following exhibits in connection with his opposition to Defendant's Motion for Judgment on the Pleadings.

4. Exhibit A is a true and correct copy of the article published by Joel B. Pollak, *Star witness Cassidy Hutchinson's credibility questioned after January 6 materials released*, BREITBART (Dec. 22, 2022), https://www.breitbart.com/politics/2022/12/22/star-witness-cassidy-hutchinsons-credibility-questioned-after-january-6-materials-released/.

5.	Exhibit B is a true and correct copy of the article published by Byron York, *For Jan. 6 committee, time for transparency is running out*, WASHINGTON EXAMINER (Dec. 27, 2022), https://www.washingtonexaminer.com/magazine-columnists/1399894/for-jan-6-committee-time-for-transparency-is-running-out/.

6.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7.	Executed this 30th day of January, 2026, in Loudoun County, Virginia.


Respectfully submitted,

*[signature]*

Jason C. Greaves, D.C. Bar No. 1033617
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com

*Counsel for Plaintiff*

2