**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEFAN PASSANTINO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW WEISSMANN,<br><br>*Defendant*. | Civil Action No. 23 - 2780 (LLA) |

**ORDER**

For the reasons stated in the court's Memorandum Opinion, ECF No. 53, it is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings, ECF No. 45, is **GRANTED** and judgment is entered in favor of Defendant and against Plaintiff on Count I of Plaintiff's Complaint, ECF No. 1. It is further **ORDERED** that Plaintiff's Motion for a Videoconference, ECF No. 48, is **DENIED** as moot.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date: September 21, 2026